**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ADAM COTTELL,

                     Petitioner,                       22 **CIVIL** 1178 (VB)

        -v-                                             **JUDGMENT**

PATRICK REARDON,

                     Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 6, 2023, the R&R is adopted as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED. Judgment is entered accordingly and the case is closed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962).

**Dated:** New York, New York

       June 6, 2023

                                                          **RUBY J. KRAJICK**

                                                        _____
                                                            **Clerk of Court**

                                        **BY:**

                                                         _____
                                                           **Deputy Clerk**